ENTER
JS6
send

LODGED
OCT 10 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2001
2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
10-15-01
OCT 15 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, GRACE G. DOWNER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TENET HEALTH CARE CORPORATION, a Nevada corporation; GARFIELD MEDICAL CENTER, a California corporation; and DR. STEPHEN KWAN, an individual,<br><br>　　　　　　Defendants. | CASE NO. CV-96-9136 GAF (AJWx)<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION |

　　　WHEREAS, the Relator in this action, Grace G. Downer ("Downer") filed a First Amended Complaint for violation of the False Claims Act on January 24, 2000, against Defendants, Dr. Stephen Kwan, Garfield Medical Center and Tenet Healthcare Corporation (hereinafter collectively referred to as "the Defendants");

　　　WHEREAS, Downer, on behalf of herself and the United States, has entered into an Agreement of Compromise, Settlement and Release with Defendants dated September  6 , 2001 (hereinafter

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
_ JS - 2 / JS - 3
_ CLSD

Downer\Pleadings\Stip & Order re Dismissal    -1-

64

STIPULATION AND ORDER DISMISSING ACTION

1  "the Settlement Agreement");

2  WHEREAS, Defendants have satisfied their obligations to pay
3  the Settlement Amount to the United States and pay the Relator's
4  Attorney's Fees as set forth in the Agreement;

5  WHEREAS, the Relator and Defendant agreed that within seven
6  (7) business days of her receipt of her Attorneys Fees and
7  receipt of notification from the United States that the
8  Settlement Amount has been received, the Relator would file a
9  stipulation dismissing the case subject to and consistent with
10 the terms of the Settlement Agreement;

11 IT IS HEREBY STIPULATED AND AGREED by the Relator and the
12 Defendants, through their respective counsel of record, that the
13 First Amended Complaint is dismissed with prejudice as to the
14 Relator;

15 IT IS FURTHER STIPULATED AND AGREED by the Relator and the
16 Defendants, through their respective counsel, that the First
17 Amended Complaint is dismissed with prejudice to the United
18 States insofar as it relates to the "Covered Conduct" as defined
19 in the Settlement Agreement, and without prejudice to the United
20 States as to all other allegations in the First Amended
21 Complaint.

22 DATED: September _15_, 2001          By: _/s/ Grace G. Downer_
23                                          GRACE G. DOWNER
                                            RELATOR
24
25
26                                     TENET HEALTHCARE CORPORATION
27
28 DATED: September ____, 2001          By: _____

1  "the Settlement Agreement");

2  WHEREAS, Defendants have satisfied their obligations to pay
3  the Settlement Amount to the United States and pay the Relator's
4  Attorney's Fees as set forth in the Agreement;

5  WHEREAS, the Relator and Defendant agreed that within seven
6  (7) business days of her receipt of her Attorneys Fees and
7  receipt of notification from the United States that the
8  Settlement Amount has been received, the Relator would file a
9  stipulation dismissing the case subject to and consistent with
10 the terms of the Settlement Agreement;

11 IT IS HEREBY STIPULATED AND AGREED by the Relator and the
12 Defendants, through their respective counsel of record, that the
13 First Amended Complaint is dismissed with prejudice as to the
14 Relator;

15 IT IS FURTHER STIPULATED AND AGREED by the Relator and the
16 Defendants, through their respective counsel, that the First
17 Amended Complaint is dismissed with prejudice to the United
18 States insofar as it relates to the "Covered Conduct" as defined
19 in the Settlement Agreement, and without prejudice to the United
20 States as to all other allegations in the First Amended
21 Complaint.

22
23 DATED: September 15, 2001     By: _____
                                    GRACE G. DOWNER
                                    RELATOR
24
25
26                                  TENET HEALTHCARE CORPORATION
27
28 DATED: October 10, 2001       By: _____
                                    Lawrence G. Hixon
                                    Vice President, Corporate Report:

Downer\Pleadings\Stip & Order re Dismissal        -2-
STIPULATION AND ORDER DISMISSING ACTION

|   |   |   |
|---|---|---|
| 1 |   | GARFIELD MEDICAL CENTER |
| 2 |   |   |
| 3 | DATED: October 10, 2001 | By: _____ |
| 4 |   | Lawrence G. Hixon |
|   |   | Vice President |

DATED: September ____, 2001   By: _____
                                  DR. STEPHEN KWAN

THE FOREGOING AGREEMENT IS APPROVED AS TO FORM AND SUBSTANCE BY COUNSEL FOR RELATOR GRACE G. DOWNER AND DEFENDANTS TENET HEALTH CARE CORPORATION, GARFIELD MEDICAL CENTER AND DR. STEPHEN KWAN.

MICHAEL L. STERN AND ASSOCIATES

DATED: September 17, 2001   By: _____
                                 Michael L. Stern
                                 Attorneys for Relator
                                 Grace G. Downer

DATED: September ____, 2001   By: _____
                                  Daniel F. Rinzel
                                  Attorneys for Relator
                                  Grace G. Downer

GIBSON, DUNN & CRUTCHER, LLC

DATED: September ____, 2001   By: _____
                                  Thomas E. Holliday
                                  Attorneys for Defendants
                                  Tenet Health Care Corporation
                                  and Garfield Medical Center

```
 1                                    GARFIELD MEDICAL CENTER
 2
 3   DATED: September ____, 2001      By: _____
 4
 5
 6   DATED: September  5 , 2001       By: _____
 7                                         DR. STEPHEN KWAN
 8        THE FOREGOING AGREEMENT IS APPROVED AS TO FORM AND SUBSTANCE
 9   BY COUNSEL FOR RELATOR GRACE G. DOWNER AND DEFENDANTS TENET
10   HEALTH CARE CORPORATION, GARFIELD MEDICAL CENTER AND DR. STEPHEN
11   KWAN.
12                                    MICHAEL L. STERN AND ASSOCIATES
13
14   DATED: September ____, 2001      By: _____
15                                         Michael L. Stern
                                           Attorneys for Relator
                                           Grace G. Downer
16
17
18
19   DATED: September ____, 2001      By: _____
                                           Daniel F. Rinzel
20                                         Attorneys for Relator
                                           Grace G. Downer
21
22                                    GIBSON, DUNN & CRUTCHER, LLC
23
24   DATED: September ____, 2001      By: _____
25                                         Thomas E. Holliday
                                           Attorneys for Defendants
                                           Tenet Health Care Corporation
26                                         and Garfield Medical Center
27
28
```

Downner\Pleadings\Stip & Order re Dismissal             -3-

STIPULATION AND ORDER DISMISSING ACTION

```
 1                                    GARFIELD MEDICAL CENTER
 2
 3  DATED: September ____, 2001    By: _____
 4
 5
 6  DATED: September ____, 2001    By: _____
                                        DR. STEPHEN KWAN
 7
 8       THE FOREGOING AGREEMENT IS APPROVED AS TO FORM AND SUBSTANCE
 9  BY COUNSEL FOR RELATOR GRACE G. DOWNER AND DEFENDANTS TENET
10  HEALTH CARE CORPORATION, GARFIELD MEDICAL CENTER AND DR. STEPHEN
11  KWAN.
12                                    MICHAEL L. STERN AND ASSOCIATES
13
14  DATED: September 17, 2001      By: /s/ Michael L. Stern
                                        Michael L. Stern
15                                      Attorneys for Relator
                                        Grace G. Downer
16
17
18
    DATED: September ____, 2001    By: _____
19                                      Daniel F. Rinzel
                                        Attorneys for Relator
20                                      Grace G. Downer
21
22                                    GIBSON, DUNN & CRUTCHER, LLC
23
24  DATED: September ____, 2001    By: _____
                                        Thomas E. Holliday
25                                      Attorneys for Defendants
                                        Tenet Health Care Corporation
26                                      and Garfield Medical Center
27
28
```

|    |                                      |                                     |
|----|--------------------------------------|-------------------------------------|
| 1  |                                      | GARFIELD MEDICAL CENTER             |
| 3  | DATED: September ____, 2001          | By: _____        |
| 6  | DATED: September ____, 2001          | By: _____        |
| 7  |                                      | DR. STEPHEN KWAN                    |

THE FOREGOING AGREEMENT IS APPROVED AS TO FORM AND SUBSTANCE BY COUNSEL FOR RELATOR GRACE G. DOWNER AND DEFENDANTS TENET HEALTH CARE CORPORATION, GARFIELD MEDICAL CENTER AND DR. STEPHEN KWAN.

MICHAEL L. STERN AND ASSOCIATES

DATED: September 17, 2001     By: /s/ Michael L. Stern
                                  Michael L. Stern
                                  Attorneys for Relator
                                  Grace G. Downer

DATED: September 28, 2001     By: /s/ Daniel F. Rinzel
                                  Daniel F. Rinzel
                                  Attorneys for Relator
                                  Grace G. Downer

GIBSON, DUNN & CRUTCHER, LLC

DATED: September ____, 2001   By: _____
                                  Thomas E. Holliday
                                  Attorneys for Defendants
                                  Tenet Health Care Corporation
                                  and Garfield Medical Center

Downer\Pleadings\Stip & Order re Dismissal

Case 2:96-cv-09136-GAF-AJWX   Document 64   Filed 10/12/01   Page 8 of 10   Page ID #:46

Sep-05-01 05:07P                                                                          P.02
09/29/01  18:47  ☎12158810881              Stern & Assoc.

GARFIELD MEDICAL CENTER

DATED: September ____, 2001      By: _____

DATED: September 5, 2001         By: /s/ Dr. Stephen Kwan

THE FOREGOING AGREEMENT IS APPROVED AS TO FORM AND SUBSTANCE BY COUNSEL FOR RELATOR GRACE G. DOWNER AND DEFENDANTS TENET HEALTH CARE CORPORATION, GARFIELD MEDICAL CENTER AND DR. STEPHEN KWAN.

MICHAEL L. STERN AND ASSOCIATES

DATED: September ____, 2001      By: _____
                                     Michael L. Stern
                                     Attorneys for Relator
                                     Grace G. Downer

DATED: September ____, 2001      By: _____
                                     Daniel F. Rinzel
                                     Attorneys for Relator
                                     Grace G. Downer

GIBSON, DUNN & CRUTCHER, LLC

DATED: September 6, 2001         By: /s/ Thomas E. Holliday
                                     Thomas E. Holliday
                                     Attorneys for Defendants
                                     Tenet Health Care Corporation
                                     and Garfield Medical Center

-3-
STIPULATION AND ORDER DISMISSING ACTION

|   |   |
|---|---|
| | BIRD, MARELLA, BOXER & WOLPERT |
| DATED: September 6, 2001 | By: _____<br>Ronald J. Nessim<br>Attorneys for Defendant<br>Dr. Stephen Kwan |

### ORDER

IT IS HEREBY ORDERED that, in accordance with and subject to the parties' Settlement Agreement, the First Amended Complaint is dismissed with prejudice to the Relator Grace Downer, with prejudice to the United States insofar as it addresses the "Covered Conduct" alleged in the First Amended Complaint and without prejudice to the United States as to all other allegations in the First Amended Complaint.

IT IS SO ORDERED.

DATED: _____, 2001       _____
                                      UNITED STATES DISTRICT JUDGE

Downer\Pleadings\Stip & Order re Dismissal      -4-
STIPULATION AND ORDER DISMISSING ACTION

```
 1                              BIRD, MARELLA, BOXER & WOLPERT
 2
 3  DATED: September ___, 2001    By: _____
                                      Ronald J. Nessim
 4                                    Attorneys for Defendant
                                      Dr. Stephen Kwan
 5
 6
 7                                ORDER
 8       IT IS HEREBY ORDERED that, in accordance with and subject to
 9  the parties' Settlement Agreement, the First Amended Complaint is
10  dismissed with prejudice to the Relator Grace Downer, with
11  prejudice to the United States insofar as it addresses the
12  "Covered Conduct" alleged in the First Amended Complaint and
13  without prejudice to the United States as to all other
14  allegations in the First Amended Complaint.
15       IT IS SO ORDERED.
16
17  DATED: __10/11_____, 2001   _____
18                                       UNITED STATES DISTRICT JUDGE
```

Downer\Pleadings\Stip & Order re Dismissal     -4-
STIPULATION AND ORDER DISMISSING ACTION